UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

HIGO DAVICO NAPOLEAO

V.                                                                Case no.25-cv-419-LM-AJ

STRAFFORD COUNTY DEPARTMENT OF
CORRECTIONS, SUPERINTENDENT, ET AL.

ORDER

In their "Abbreviated Response to Habeas Petition and Request to Proceed Without Additional Briefing or Argument," (doc. no. 3), respondents agree that this court's analysis in Jimenez and Lamidi controls the result in this case. See Jimenez v. FCI Berlin, Warden, --- F. Supp. 3d ----, 2025 WL 2639390 (D.N.H. Sept. 8, 2025); Lamidi v. FCI Berlin, Warden, Civ. No. 25-cv-297-LM-TSM (D.N.H. Sept. 15, 2025) (doc. no. 14). Seeing no reason to depart from that analysis, the court concludes that petitioner is eligible for a bond hearing under 8 U.S.C. 1226(a) and its implementing regulations, such that petitioner's present detention without a bond hearing violates the INA. The petition for a writ of habeas corpus (doc. no. 1) is therefore granted as to Count I.

Respondents are ORDERED to provide petitioner with a bond hearing before an IJ pursuant to 1226(a) at which the IJ shall have the authority to order petitioner's release on bond. This hearing shall occur within seven (7) days. On or before November 6, 2025, respondents shall file a status report in this court describing the result of that hearing.

Landya B. McCafferty
Chief Judge

Date:   October 29, 2025