UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Higo Davico Napoleao

v. Case No. 25-cv-419-LM-AJ

Strafford County Department
of Corrections, Superintendent, et al.

# JUDGMENT

In accordance with the Order by Judge Landay B. McCafferty dated November 7, 2025, judgment is hereby entered.

By the Court:

/s/ Karen Gorham
______________________
Karen Gorham
Chief Deputy Clerk

Date: November 7, 2025

cc: Counsel of Record